Jonathan D. Miller (Bar No. 220848)
jonathan@nshmlaw.com
Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

*Attorneys for Plaintiffs, Luke Davis, Julian Vargas, American Council of the Blind, and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE DAVIS, JULIAN VARGAS, and AMERICAN COUNCIL OF THE BLIND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendant. | CASE NO.: 2:20-cv-00893-FMO-KS<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

The parties attended a mediation in good faith before the Hon. John Leo Wagner, Ret., on February 22, 2021. The case did not resolve. No additional mediation sessions are scheduled at this time.

Dated: February 24, 2021

By: */s/ Jonathan D. Miller*
Jonathan D. Miller (SBN 220848)
jonathan@nshmlaw.com
Alison M. Bernal (SBN 264629)
alison@nshmlaw.com
NYE, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, CA 93101

*Attorneys for Plaintiffs*

Dated: February 24, 2021

By: */s/ Tahir L. Boykins*
Tahir L. Boykins (SBN 323441)
tboykins@kelleydrye.com
Robert L. Steiner (Admitted *Pro Hac Vice*)
rsteiner@kelleydrye.com
KELLEY DRYE & WARREN LLP
1800 Century Park East, Suite 600
Los Angeles, CA 90067

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 24, 2021

By: */s/ Jonathan D. Miller*
Jonathan D. Miller (SBN 220848)

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I, Jonathan D. Miller, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 24th day of February, 2021.

*/s/ Jonathan D. Miller*
Jonathan D. Miller