## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-0893 FMO (KSx) | Date | June 13, 2022 |
|---|---|---|---|
| Title | Luke Davis, et al. v. Laboratory Corporation of America Holdings | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order Re: Amended Order Re: Motion for Class Certification**

Defense counsel provided the court with a copy of its Rule 23(f) Petition for Permission to Appeal Order Granting Class Certification ("Petition") recently filed with the Ninth Circuit Court of Appeals.   Having reviewed the Petition, the court has issued an Amended Order Re: Motion for Class Certification ("Amended Order").  This Order and the Amended Order do not constitute a material change in the court's Order Re: Motion for Class Certification.  Cf. Walker v. Life Insurance Company of the Southwest, 953 F.3d 624, 636 (9th Cir. 2020) ("Every circuit to consider the question has interpreted the rule to allow appeals of reconsideration orders – but only those that materially change the original certification order and thereby affect the status quo.").  The Amended Order merely added a new footnote (No. 4) to note that defendant is seeking permission to appeal on a ground that was not raised or argued before this court.  See Yamada v. Nobel Biocare Holding AG, 825 F.3d 536, 543 (9th Cir. 2016) (an "argument must be raised sufficiently for the trial court to rule on it" to preserve it for appellate review).

Based on the foregoing, IT IS ORDERED THAT the parties shall forthwith provide a copy of the Amended Order and this Order to the Ninth Circuit Court of Appeals.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |