Robert I. Steiner (admitted *pro hac vice*)
rsteiner@kelleydrye.com
Glenn T. Graham (State Bar. No. 338995)
ggraham@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 808-7800
Facsimile:    (212) 808-7897

Becca Wahlquist (State Bar No. 215948)
bwahlquist@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:   (213) 547-4900
Facsimile:    (213) 547-4901

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKE DAVIS, et al.<br><br>          Plaintiffs,<br><br>    v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, et al.<br><br>          Defendants. | CASE NO. 2:20-CV-00893-FMO-KS<br><br>**JOINT STIPULATION FOR ORDER TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL**<br><br>Hon. Fernando Olguin |

Plaintiffs Luke Davis, Julian Vargas, and The American Council for the Blind ("Plaintiffs") and Defendant Laboratory Corporation of America Holdings ("Labcorp") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following Joint Stipulation and ask the Court to stay this action pending a ruling from the Ninth Circuit on the class certification appeal.

**RECITALS**

1. On January 28, 2020, Plaintiffs filed a Complaint in this action asserting claims under the Americans with Disabilities Act and Unruh Civil Rights Act. (ECF No. 1).

2. On April 26, 2021 Plaintiffs filed a Motion for Class Certification seeking to certify a nationwide injunctive relief class and a California-only damages class (ECF No. 66).

3. On May 23, 2022 the Court issued an order granting Plaintiff's Motion for Class Certification (ECF No. 97) and on June 13, 2022, the Court issued an amended order (ECF No. 103).

4. On June 6, 2022, Labcorp filed a Petition for Permission to Appeal under Fed. R. Civ. P. 23(f) in the Ninth Circuit Court of Appeals.

5. On September 22, 2022 the Ninth Circuit Court of Appeals granted Labcorp's Petition for Permission to Appeal. (ECF No. 116).

6. On September 23, 2022, the Ninth Circuit Court of Appeals issued the following scheduling Order for the appeal, which is assigned Case No. 22-55873 (ECF No. 117).

   a. November 28, 2022 -- Appellant's opening briefs and excerpts of record
   b. December 28, 2022 -- Appellees' answering brief and excerpts of records.
   c. January 18, 2023 -- Appellant's reply briefing.

7. The Parties agree that given the Ninth Circuit's decision to take

interlocutory review, there is good cause to stay all proceedings in District Court while the appeal is pending. A stay of the District Court action would promote interests of judicial economy and conservation of resources, and avoid risks of inconsistent judgments.

**THEREFORE,** the parties request that the Court make and enter the following order:

1. This action is stayed pending a final ruling from the Ninth Circuit; and
2. All deadlines in the scheduling order (ECF No. 29) are stayed pending resolution of the interlocutory appeal.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 28, 2022      KELLEY DRYE & WARREN LLP

By: */s/ Becca Wahlquist*
Becca Wahlquist
Attorney for Defendant

Dated: September 28, 2022      NYE, STIRLING, HALE & MILLER, LLP

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet
Attorneys for Plaintiffs

1    **<u>SIGNATURE ATTESTATION</u>**

2    Pursuant to Local Rule 5-4.3.4(2)(i), I attest that all other signatories listed,
3    and on whose behalf this filing is submitted, concur in the filing's content and have
4    authorized the filing.

6    DATED: September 28, 2022            KELLEY DRYE & WARREN LLP
7                                         Becca J. Wahlquist

9                                         By: <u>*/s/ Becca J. Wahlquist*</u>
10                                            Becca J. Wahlquist
11                                        Attorney for Defendant