UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-0893 FMO (KSx) | Date | January 28, 2025 |
|---|---|---|---|
| Title | Luke Davis, et al. v. Laboratory Corporation of America Holdings | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Order Staying Action

In light of the Supreme Court granting defendant's petition for a writ of certiorari, see Laboratory Corp. of America v. Davis, 2025 WL 288305 (2025), IT IS ORDERED THAT:

1. This action is **stayed** pending the Supreme Court's decision.

2. The pending status conference and all pending motions are hereby **vacated** pending further order of the court.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vdr | |