David C. Kiernan, Bar No. 215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Robert I. Steiner (pro hac vice)
rsteiner@kelleydrye.com
Glenn T. Graham, Bar No. 338995
ggraham@kelleydrye.com
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*[Additional counsel listed on signature page]*

*Attorneys for Defendant*
*Laboratory Corporation of America Holdings*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUKE DAVIS, JULIAN VARGAS, and AMERICAN COUNCIL OF THE BLIND, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS,

Defendant.

Case No. 2:20-cv-00893-FMO-KS

**NOTICE OF PLAINTIFFS' UNTIMELY FILING OF REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE SINNING DECLARATIONS & EXHIBITS RE: MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Fernando Olguin
Date: May 21, 2026
Ctrm: 6D
Time: 10:00 am

FAC Filed: September 3, 2020
Trial Date: Not yet set

Defendant Laboratory Corporation of America Holdings ("Labcorp") hereby files this Notice of Untimely Filing regarding Plaintiffs' Luke Davis, Julian Vargas, and the American Counsel of the Blind's (collectively "Plaintiffs") Reply Brief in support of Plaintiffs' Motion to Strike the Sinning Declarations.

The Court's Initial Standing Order states that "[m]otions shall be filed in accordance with Local Rule 7." Initial Standing Order § IV.A.1. Under the Central District of California's Local Rule 7-10, "[a] moving party may, not later than fourteen (14) days before the date designated for the hearing of the motion, serve and file a reply memorandum." Given that the hearing on Plaintiffs' Motion to Strike is set for May 21, 2026 (Dkt. No. 182), Plaintiffs' Reply Brief was due on May 7, 2026, but they did not file it until May 8, 2026. Dkt. No. 190. As a result, Plaintiffs' Reply Brief was untimely filed, and the Court should refuse to consider it or impose any sanctions it deems appropriate. *See* C.D. Cal. L.R. 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline"); 7-13 ("A party filing any document in support of, or in opposition to, any motion noticed for hearing as above provided after the time for filing the same shall have expired, also shall be subject to the sanctions of L.R. 83-7 and the F.R.Civ.P."); *see also Onion Boy, Inc. v. Mike's Bulk Dist. Inc.*, No. 21-cv-1118, 2021 WL 6751897, at *1 (C.D. Cal. Nov. 3, 2021) ("The filing was not considered by the Court and is stricken as untimely.").

Dated: May 13, 2026

JONES DAY

By: */s/ David C. Kiernan*

David C. Kiernan, Bar No. 215335
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Kelly M. Watne, Bar No. 307563
kwatne@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California 90071.2452
Telephone: +1.213.489.3939

Robert I. Steiner (pro hac vice)
Glenn T. Graham, Bar No. 338995
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Becca Wahlquist, Bar. No 215948
bwahlquist@kelleydrye.com
KELLEY DRYE & WARREN LLP
350 South Grand Avenue Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901

*Attorneys for Defendant Laboratory Corporation of America Holdings*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for the Defendant, certifies that this brief contains 262 words, which complies with the word limit of L.R. 11-6.1.

Dated: May 13, 2026

By: */s/ David C. Kiernan*
David C. Kiernan